JOSEPHINE TROCKI, Respondent, v. JEAN C. GAJ et al., Appellants.— In an action on two promissory notes, a loan, and for money had and received, the appeal is from a judgment of the County Court, Westchester County, entered on a jury verdict, in favor of respondent. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.